United States District Court, EDNY
100 Federal Plaza
Central Islip, NY 11722

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ **DEC 09 2015** ★

LONG ISLAND OFFICE

MID-ISLAND
NY 117
25 NOV '15
PM 4 L

NEOPOST        FIRST-CLASS MAIL
11/25/2015
US POSTAGE $000.48⁵

ZIP 11722
041L11255308

USMS

Gregory Antollino, Esq.
725 Seventh Ave
Suite 705
New York,

NIXIE        101    7E  1          0012/04/15   ANK
RETURN TO SENDER
ATTEMPTED - NOT KNOWN
UNABLE TO FORWARD

```
Court Name: Eastern District of New York
Division: 2
Receipt Number: NYEC019002
Cashier ID: shatinsk
Transaction Date: 11/24/2015
Payer Name: Gregory Antollino
------------------------------------
NOTICE OF APPEAL/DOCKETING FEE
 For: Gregory Antollino
 Case/Party: D-NYE-1-10-CV-004334-000
 Amount:         $505.00
------------------------------------
PAPER CHECK CONVERSION
 Amt Tendered: $505.00
------------------------------------
Total Due:       $505.00
Total Tendered: $505.00
Change Amt:      $0.00
```