# CIVIL CAUSE FOR STATUS CONFERENCE

**FILED**
**CLERK**

12:01 pm, Nov 12, 2020

**U.S. DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
**LONG ISLAND OFFICE**

## BEFORE: JUDGE FEUERSTEIN

DATE: November 12, 2020　　　　　　　　　　TIME: 11:15 am (30 MINUTES)

CASE NUMBER:　　2:10-4334-SJF-ARL

CASE TITLE:　　Zarda -v- Altitude Express Inc.

PLTFFS ATTY:　　**Gregory Antollino**
　　　　　　　　　X　present　　　　____ not present

DEFTS ATTY:　　**Saul Zabell**
　　　　　　　　　X　present　　　　____ not present

COURT REPORTER:

COURTROOM DEPUTY: Bryan Morabito

_X_　CASE CALLED.

___　HEARING HELD/ CONT'D TO_____.

___　ORDER ENTERED ON THE RECORD.

OTHER: By November 16, 2020 at 5 pm, defendant is Ordered to divulge to the Court, for in camera review, the following: (1) the date Altitude Express was sold, (2) to whom Altitude Express was sold, and (3) all documents evidencing the sale of Altitude Express, including all sale documents. Further, a Conference is set for 12/02/2020 at 9:30 AM before Judge Sandra J. Feuerstein. At that time, the parties are directed to call the teleconferencing number (877) 336-1280 and follow the automated instructions; the access code is 7215690.