# CIVIL CAUSE FOR STATUS CONFERENCE

## BEFORE: JUDGE FEUERSTEIN

DATE: December 2, 2020  TIME: 11:15 am (30 MINUTES)

CASE NUMBER:   2:10-4334-SJF-ARL

CASE TITLE:    Zarda -v- Altitude Express Inc.

PLTFFS ATTY:   **Gregory Antollino**
                 X   present          ____ not present

DEFTS ATTY:    **Saul Zabell**
                 X   present          ____ not present

**FILED**
**CLERK**
12:48 pm, Dec 02, 2020
**U.S. DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
**LONG ISLAND OFFICE**

COURT REPORTER:

COURTROOM DEPUTY: Bryan Morabito

 X    CASE CALLED.

____  HEARING HELD/ CONT'D TO _____.

____  ORDER ENTERED ON THE RECORD.

OTHER: Plaintiff shall file and serve motion to amend compliant by 12/16/2020. Further telephone conference is set for 1/13/2021 at 11:00 AM before Judge Sandra J. Feuerstein. At that time, the parties are directed to call the teleconferencing number (877) 336-1280 and follow the automated instructions; the access code is 7215690.