# CIVIL CAUSE FOR STATUS CONFERENCE

## BEFORE: JUDGE FEUERSTEIN

DATE: January 25, 2021                TIME: 11:15 am (30 MINUTES)

CASE NUMBER:   2:10-4334-SJF-ARL

CASE TITLE:    Zarda -v- Altitude Express Inc.

PLTFFS ATTY:   **Gregory Antollino**
                 X   present          _____ not present

DEFTS ATTY:    **Saul Zabell**
                 X   present          _____ not present

**FILED**
**CLERK**
11:18 am, Jan 25, 2021
**U.S. DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
**LONG ISLAND OFFICE**

COURT REPORTER:

COURTROOM DEPUTY: Bryan Morabito

 X    CASE CALLED.

_____ HEARING HELD/ CONT'D TO _____.

_____ ORDER ENTERED ON THE RECORD.

OTHER: Defendant to serve motion by 1/29/2021.  Plaintiff to serve opposition by 2/26/2021.  Defendant to serve reply and file a fully briefed motion with the Court by 3/9/2021. Telephone conference is scheduled on 7/13/2021 at 9:00 am before Judge Sandra J. Feuerstein. At that time, the parties are directed to call the teleconferencing number (877) 336-1280 and follow the automated instructions; the access code is 7215690.