# **EXHIBIT B**

F I L E D
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ OCT 21 2015 ★

LONG ISLAND OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------X

ESTATE OF DONALD ZARDA,

    Plaintiff,

    – against –

ALTITUDE EXPRESS INC., d/b/a SKYDIVE
LONG ISLAND AND RAYMOND MAYNARD.

    Defendants.

----------------------------------X

10-CV-04334 (JFB) (ARL)

## PART I. LIABILITY

1. Did plaintiff prove, by a preponderance of the evidence, that Donald Zarda's sexual orientation was a determining factor in the termination of his employment at Altitude Express Inc., d/b/a Skydive Long Island in 2010?

    Yes \_\_\_\_\_    No **X**

**[If you answered "No" as to Question 1, then leave all the remaining questions blank, sign and date this verdict sheet, and inform the Courtroom Deputy that your deliberations are complete and that you have reached a verdict. Otherwise, proceed to Damages.]**

## PART II. DAMAGES

Lost Wages

2. State the amount, if any, that you award the plaintiff for lost wages (if you decide not to make an award as to this item, insert the word "None"):

    $ _____

1

COURT EXHIBIT

3

Emotional Damages

3. State the amount, if any, that you award the plaintiff for emotional damages (if you decide not to make an award as to this item, insert the word "None"):

   $ _____

Please sign and date the verdict sheet, and inform the Courtroom Deputy that your deliberations are complete and that you have reached a verdict.

Dated: Central Islip, New York
       October 21, 2015

       3:30 PM

Foreperson
*Thomas Murphy*

2