# **EXHIBIT C**

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NEW YORK

-------------------------------------------------X

ESTATE OF DONALD ZARDA,
                              Plaintiff

**JUDGMENT IN A CIVIL CASE**

-against-

Case Number: CV-10-4334

ALTITUDE EXPRESS INC., ET AL.
                              Defendants.

-------------------------------------------------X

  X   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried, and the jury has rendered its verdict.

____   **Decision by Court.** This action came to trial/hearing before the Court. The issues have been tried/heard, and a decision has been rendered.

     IT IS ORDERED AND ADJUDGED that the plaintiff, estate of Donald Zarda, take nothing of the defendants, Altitude Express Inc. and Raymond Maynard, and that the action be dismissed on the merits.

Dated:  Central Islip, New York
            October 28, 2015

DOUGLAS C. PALMER
Clerk of Court

      /S/
By: Michele Savona
Deputy Clerk