# **EXHIBIT D**

# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

_____

    At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 14th day of May, two thousand eighteen.

_____

Melissa Zarda, co-independent executors of the estate of Donald Zarda, William Allen Moore,Jr, co-independent executor of the estate of Donald Zarda,

    *Plaintiffs - Appellants,*

v.

Altitude Express, Inc, doing business as Skydive Long Island, Ray Maynard,

    *Defendants - Appellees.*

_____

**STATEMENT OF COSTS**

Docket No. 15-3775

    IT IS HEREBY ORDERED that costs are taxed in favor of the Appellants in the amount of $3,693.80.

For the Court:

Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

CERTIFIED COPY ISSUED ON 05/14/2018