# EXHIBIT E

# Supreme Court of the United States
## Office of the Clerk
## Washington, DC  20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

August 6, 2020

Clerk
United States Court of Appeals
  for the Second Circuit
United States Courthouse
40 Foley Square
New York, NY 10007

      **Re:   Altitude Express, Inc., et al.
           v. Melissa Zarda, et al.,
           No. 17-1623 (Your docket No. 15-3775)**

Dear Clerk:

     Attached please find a certified copy of the **<u>second amended</u>** judgment of this Court in the above-entitled case.

                   Sincerely,

                   SCOTT S. HARRIS, Clerk

                   By

                   Hervé Bocage
                   Judgments/Mandates Clerk

Enc.
cc:   All counsel of record

# Supreme Court of the United States
# Office of the Clerk
# Washington, DC  20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

August 6, 2020

Mr. Saul D. Zabell, Esq.
Zabell & Associates, P. C.
1 Corporate Drive, Suite 103
Bohemia, New York 11716

      **Re:  Altitude Express, Inc., et al.**
          **v. Melissa Zarda, et al.,**
          **No. 17-1623**

Dear Mr. Zabell:

Today, a certified copy of the **second amended** judgment of this Court in the above-entitled case was emailed to the Clerk of the United States Court of Appeals for the Second Circuit.

The respondents are given recovery of costs in this Court as follows:

      **Printing of record:    $2,530.50**

This amount may be recovered from the petitioners.

Sincerely,

SCOTT S. HARRIS, Clerk

By

Herve Bocage
Judgments/Mandates Clerk

cc:  All counsel of record
    Clerk, USCA 2nd Cir.
       (Your docket No. 15-3775)

**AMENDED**
**8/6/2020**

# Supreme Court of the United States

No.  17-1623

**ALTITUDE EXPRESS, INC., ET AL.,**

Petitioners

v.

**MELISSA ZARDA AND WILLIAM ALLEN MOORE, JR., CO-INDEPENDENT EXECUTORS OF THE ESTATE OF DONALD ZARDA**

**ON WRIT OF CERTIORARI** to the United States Court of Appeals for the Second Circuit.

**THIS CAUSE** came on to be heard on the transcript of the record from the above court and was argued by counsel.

**ON CONSIDERATION WHEREOF**, it is ordered and adjudged by this Court that the judgment of the above court is affirmed with costs.

**IT IS FURTHER ORDERED** that the respondents Melissa Zarda and William Allen Moore, Jr., Co-Independent Executors of the Estate of Donald Zarda recover from Altitude Express, Inc., et al., Two Thousand Five Hundred and Thirty Dollars and Fifty Cents ($2,530.50) for costs herein expended.

June 15, 2020

**Printing of record:**    **$2,530.50**

A True copy SCOTT S. HARRIS

Clerk of the Supreme Court of the United States