811

1    So that is not what this case is about, right.
2         MR. ZABELL:  Could you repeat that?  Could I ask
3    you to repeat what you just said to the jury.
4         THE COURT:  No.  But it's not, that is not what
5    the case is about.  So obviously he couldn't, he couldn't
6    be terminated just for identifying himself as gay.  That
7    if someone knows someone is gay, and the party has
8    identified himself as gay, I think they're intertwined.  I
9    don't think the controversial -- addition to his claim.
10        MR. ZABELL:  My point is, if we put in the two
11   statements --
12        THE COURT:  -- someone says they're gay, they're
13   identified as gay.
14        MR. ZABELL:  So then perhaps it should be
15   changed so that in this case plaintiff claims the
16   defendant terminated Mr. Zarda because he identified
17   himself as gay.
18        THE COURT:  Well, it could be either though.  It
19   could be because he was gay, or because he identified
20   himself as gay.  It could be either.
21        MR. ZABELL:  Okay.  I just object to that.  I
22   don't think it's necessary.  But I have your ruling.
23        THE COURT:  Okay.
24        MR. ANTOLLINO:  All right, on page 17.  I'm just
25   going to make a point.  And this comes up again and again.

812

1    I would ask you change the word from terminating
2    to motivating because when you change, when you use
3    motivating, it takes it out of what the federal courts
4    have interpreted the state courts, and to hold.  So a
5    motivating factor is different than a determining factor.
6    And I think that it's a lesser standard.  And if you
7    charge on terminating factor, it makes it different under
8    Title VII.
9         And the Second Circuit has always, except for
10   the A D D A, which we know is but for, the Second Circuit
11   has always interpreted Title VII as motivating factor, not
12   determining factor.
13        MR. ZABELL:  I think that the, determining, word
14   was taken right out of the PJI.  And I think determining
15   factor is the proper standard.  I have an issue with that
16   sentence not for what it says, but just how it's worded.
17   But not with determining.
18        THE COURT:  I spent sometime, because I could
19   see you used the word motivating.  And I looked at this a
20   long time.  The PJI does use the term determining factor
21   in a mixed motive case.  The word, motivating factor, is
22   used by the mixed motivating, which this is not a mixed
23   motivating case, which is when someone may have budgetary
24   issues and terminated someone because of a legitimate
25   reason, budgetary issues, but also based upon something