UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

MELISSA ZARDA and WILLIAM MOORE,        10-CV-04334 (ERK) (AYS)
co-independent executors second of the estate
of DONALD ZARDA

                        **Plaintiffs,**        **STIPULATION**

- against –

RAYMOND MAYNARD
as the predecessor in interest, the sole shareholder
and alter ego to ALTITUDE EXPRESS, INC., and
RAYMOND MAYNARD, individually,

                        **Defendants.**
-------------------------------------------------------------------X

**IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned counsel for Plaintiff **MELISSA ZARDA** and **WILLIAM MOORE** co-independent executors of the estate of **DONALD ZARDA** , and counsel for **RAYMOND MAYNARD** and **ALTITUDE EXPRESS, INC.,** that:

1. The parties wish to fully and finally resolve all current, future and potential motions, applications and or judgments in connection with this matter from the beginning of time until this stipulation is signed.

2. Within ten (10) business days of receipt of this stipulation, signed by Plaintiffs' Counsel, Defendants will pay, or cause to be paid, the agreed upon sum of $6,224.30 as and for judgments, attorney fees and costs, in their entirety, related to this litigation in full and final settlement of any applications.

3. Payment to be made by two (2) checks in the following manner:
   1. $2,530.50 made payable to Stanford University.
   2. $3,693.80 made payable to Gregory Antollino.
   Both checks will be mailed to Gregory Antollino, Antollino PLLC., 116 West 23rd Street Suite 500, New York, NY 10011

Dated: March 7, 2022

| | |
|---|---|
| **Gregory Antollino, Esq.** | **ZABELL & COLLOTTA, P.C.** |
| *Attorney for Plaintiff* | *Attorneys for Defendant* |
| | *Raymond Maynard* |
| *Greg S. Antollino /s/* | *[signature]* |
| Gregory Antollino, Esq. | Saul D. Zabell, Esq. |
| Antollino PLLC | One Corporate Drive, Suite 103 |
| 116 West 23rd Street, Suite 500 | Bohemia, New York 11716 |
| New York, New York 10011 | |